**Order filed June 16, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00073-CV
_____

## IN THE MATTER OF THE MARRIAGE OF FAYESHA JANEEN LOUISE JONES AND CHARLES DARNELL JONES

---

**On Appeal from the 306th District Court
Galveston County, Texas
Trial Court Cause No. 15-FD-2661**

---

## ORDER

No reporter's record has been filed in this case. The official court reporter for the 306th District Court informed this court that appellant had not made arrangements for payment for the reporter's record. On February 29, 2016, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM